EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                       | 2022 TSPR 07    |
|                              |                 |
| Felipe Hernández Román       | 208 DPR _____   |

Número del Caso: TS-5,138


Fecha: 19 de enero de 2022


Abogado del peticionario:

 Lcda. Daisy Calcaño López



Materia: Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Felipe Hernández Román | TS-5,138

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 19 de enero de 2022.

Examinada la *Moción en Cumplimiento de Orden y Reiterando la Solicitud de Reinstalación al Ejercicio de la Abogacía* presentada por el Sr. Felipe Hernández Román, el Tribunal se da por enterado. En consecuencia, **se reinstala** al señor Hernández Román al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo